IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY BLANEY, 1519297,<br>Petitioner, | )<br>)<br>) |
| v. | ) No. 3:11-CV-908-P |
| CAROLYN WRIGHT, ET AL.,<br>Respondents. | )<br>)<br>)<br>) |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Petitioner's Motion to Appoint Counsel filed on May 26, 2011 is denied.

Signed this 1st day of June, 2011.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE